FILED
CLERK, U.S. DISTRICT COURT

JAN 15 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>MELVIN GILBERT THOMAS,<br><br>            Defendant. | CR No. 2:25-CR-00028-MWF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about November 3, 2024, in Los Angeles County, within the Central District of California, defendant MELVIN GILBERT THOMAS knowingly possessed a firearm, namely, an American Tactical German Sports Guns, .22LR caliber pistol, bearing serial number A894813, and ammunition, namely, ten rounds of Cascade Cartridge, Inc. .22LR caliber ammunition, each in and affecting interstate and foreign commerce.

Defendant THOMAS possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the

following felony crimes, each punishable by a term of imprisonment exceeding one year:

    1.   Criminal Threats, in violation of California Penal Code Section 422(a), in the Superior Court for the State of California, County of Los Angeles, Case Number BA505836, on or about September 19, 2023;

    2.   Burglary, in violation of California Penal Code Section 459, in the Superior Court for the State of California, County of Los Angeles, Case Number SA094237, on or about February 6, 2018;

    3.   Burglary, in violation of California Penal Code Section 459, in the Superior Court for the State of California, County of Los Angeles, Case Number SA081501, on or about January 15, 2013;

    4.   Burglary, in violation of California Penal Code Section 459, in the Superior Court for the State of California, County of Los Angeles, Case Number SA072880, on or about January 5, 2012;

    5.   Burglary, in violation of California Penal Code Section 459, in the Superior Court for the State of California, County of Los Angeles, Case Number BA261044, on or about March 23, 2004;

    6.   Receiving Stolen Property, in violation of California Penal Code 496(a), in the Superior Court of California, County of San Bernardino, Case Number FVA07725, on or about June 17, 1997;

    7.   Sales and Transportation of Controlled Substances, in violation of California Health and Safety Code 11352(a), in the Superior Court for the State of California, County of Los Angeles, Case Number BA154628, on or about September 12, 1997;

    8.   Sales and Transportation of Controlled Substances, in violation of California Health and Safety Code 11352(a), in the

1  Superior Court for the State of California, County of Los Angeles,
2  Case Number BA070498, on or about May 18, 1993; and
3        9.  Burglary, in violation of California Penal Code Section
4  459, in the Superior Court for the State of California, County of Los
5  Angeles, Case Number NA008318, on or about August 26, 1991.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in this Indictment.

2.   The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)   All right, title, and interest in any firearm or ammunition involved in or used in such offense.

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//

4

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                          A TRUE BILL

                                          /S/ _____
                                          Foreperson

E. MARTIN ESTRADA
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*[signature: Frances S. Lewis]*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

JOSEPH S. GUZMAN
Assistant United States Attorney
General Crimes Section